IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BRIAN O'NEAL STEGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 5:12-CV-3918-VEH-JEO |
| ) | |
| AGENT JULIAN JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

The magistrate judge filed a report and recommendation on May 6, 2013, recommending that plaintiff's failure to train and supervise claim against Huntsville Mayor Tommy Battle, Sheriff Blake Dorning, Chief of Police Lewis Morris, the Madison/Morgan STAC/HIDTA Team and Officers Jason Ramsey, and Eddie McDaniel be dismissed. It was further recommended that the plaintiff's claim of excessive force against Officers Julian Johnson and Jamar Miles be referred to the magistrate judge for further proceedings. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action except the claims of excessive force against Officers Julian Johnson and Jamar Miles are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that the claims of excessive force against Officers Julian Johnson and Jamar Miles are REFERRED to the magistrate judge for further proceedings.

As to the foregoing, it is so ORDERED this 10th day of June, 2013.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge