FILED
2016 Jun-17  PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| BRIAN O'NEAL STEGER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 5:12-cv-3918-VEH-JEO |
| AGENT JULIAN JOHNSON, et al., | ) |
| Defendants. | ) |

## JOINT NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Brian O'Neal Steger, in the above styled matter, by and through undersigned counsel, and Defendants Julian Johnson and Jamar Miles, by and through their undersigned counsel, and assert the following information:

1. The parties to this action submit that they have reached an agreement to settle this matter.

2. The Plaintiff submits to this Honorable Court that there is no longer a need for a trial as the Plaintiff intends on moving this Honorable Court to dismiss this cause of action upon satisfaction of the negotiated settlement agreement.

3. All parties, by joining in this notice, respectfully move this Honorable Court to hold this action in abeyance until Plaintiff's counsel moves to dismiss this action.

Respectfully submitted this 17th day of June, 2016.

/s/Thomas Putnam
Thomas Putnam

Of Counsel:
The Revill Law Firm
2027 2nd Avenue North
Bradford Building, Suites A & B
Birmingham, Alabama 35203

*Steger v. Johnson, et al.*
Plaintiff's Witness and Exhibit List
Page | 2

(205) 521-9929

          /s/ David J. Canupp
          David J. Canupp

          /s/Brad A. Chynoweth
          Brad A. Chynoweth

Of Counsel:
Lanier Ford Shaver & Payne, P.C.
P.O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, Alabama 35804
(256) 535-1100

          /s/ Allison B. Chandler
          Allison B. Chandler

          /s/ Allen L. Anderson
          Allen L. Anderson

Of Counsel:
F&B Law Firm, P.C.
213 Greene Street
Huntsville, Alabama 35801
(256) 536-0095